158 A.3d 84

COMMONWEALTH of Pennsylvania, Respondent

v.

Michael Anthony BUTLER, Petitioner

No. 224 WAL 2016

Supreme Court of Pennsylvania.

September 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**